**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **WYNDHAM VACATION OWNERSHIP, INC., *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, *et al.*,**<br><br>**Defendants.** | **Case No.: 6:18-cv-02171-Orl-31DCI** |

## PLAINTIFFS' WITNESS LIST

**Will Be Called**

1. Mitchell Sussman
c/o Nardella & Nardella, PLLC
135 W. Central Blvd., Suite 300
Orlando, Florida 32801

2. Wyndham corporate representative (Ramona Harrington)
c/o Shutts & Bowen LLP
300 South Orange Ave., Suite 1600
Orlando, FL 32801

3. Reed Hein corporate representative
c/o Wilson Elser Moskowitz Edelman & Dicker
111 North Orange Avenue, Suite 1200
Orlando, Florida 32801

4. Brandon Reed
c/o Wilson Elser Moskowitz Edelman & Dicker
111 North Orange Avenue, Suite 1200



Exhibit 3

Orlando, Florida 32801

5. Timothy Chinaris
c/o Shutts & Bowen LLP
300 South Orange Ave., Suite 1600
Orlando, FL 32801

6. Albertus and Yolanda Gabo – Via Deposition
3820 Westpark Ct NW
Olympia, WA 98502 USA

7. Monica and John / Reyna and Lerma – Via Deposition
1600 Royster Rd.
Fort Worth, TX 76134 USA

8. Mariko Hein – Via Deposition
9907 Commonwealth Blvd
Fairfax, VA 22032 United States

**May be Called**

1. Scott Loughran – Via Deposition
c/o Wilson Elser Moskowitz Edelman & Dicker
111 North Orange Avenue, Suite 1200
Orlando, Florida 32801

2. Thomas Parenteau – Via Deposition
c/o Wilson Elser Moskowitz Edelman & Dicker
111 North Orange Avenue, Suite 1200
Orlando, Florida 32801

3. Nicole Tarasenko – Via Deposition
c/o Wilson Elser Moskowitz Edelman & Dicker
111 North Orange Avenue, Suite 1200
Orlando, Florida 32801

| Name | Address |
|---|---|
| Aishalyn Sayer & Sebastian Czarkowski | 2638 W. 15th Ave Vancouver, BC V6K2Z5 Canada |

| | |
|---|---|
| Alan Stuart Francis | 11607 90th Avenue Delta, BC V4C 3H5 Canada |
| Albert and Lettie Bartz | 2514 85th Drive NE Lake Stevens, WA 98258 United States |
| Alson Atkinson | 22451 Country Gate Road Moreno Valley, CA 92557 United States |
| Amanda and Paul Icatar | 662 West Flintlake CT. Apt B Myrtle Beach, SC 29579 USA |
| Amanda Meeker | 7401 Eastmoreland Road Apt 107 Annadale, Virginia 22003 USA |
| Americo Anaya | 310 Edgewater Dr Bloomingdale, IL 60108 United States |
| Ann Armstrong | 1989 NE Gustaf St Poulsbo, WA 98370 United States |
| Ann Fleeger | 2331 165th Pl SE Bothell, Washington 98012 USA |
| Anthony Crain and Aprile Jordan-Crain | 452 Running Water Trail Fort Worth, Texas 76131 USA |
| Anthony Jones & Karen Redekop | 5248 Crescent Drive Delta, BC V4K2C9 Canada |
| Arlene Reba | PO BOX 82 Kensington, MD 20895 United States |
| Ashley Flournoy | 240 Oak Grove Hampton, GA 30228 USA |
| Barbara Allee | 15412 135th Pl NE Woodinville, WA 98072 USA |
| Barbara Hayes | 2866 Forest Creek Rd Jacksonville, OR 97532 USA |
| Barry & Paula Eronson | 3611 I street NE #49 Auburn, WA 98002 United States |
| Barry & Suzyette Moore | 3311 Rhyne Street Gastonia, NC 28056 USA |
| Becca Vrabel | 914 West Castleberry Road Artesia, New Mexico 88210 United States |
| Beth Helsel | 7802 86th Ave NE Marysville, WA 98270 United States |
| Bob & Ruth Simpson | 5545 N Douglas Hwy Juneau, Alaska 99801 USA |
| Bob and Bonnie Gard | 2516 Rifle St Aurora, CO 80013 USA |

| | |
|---|---|
| Brian & Jonah Liza Africano | 2144 Basil Street Strasburg, CO 80136 USA |
| Bridget Weiss | 418 Nancy Ave Linthicum, MD 21090 United States |
| Brittany Richers | 1201 Del Mar Parkway Aurora, CO 80010 United States |
| Bruce and Pamela Krogh | 16111 121st Ave E Puyallup, WA 98374 United States |
| Bruce Ferguson | 2649 End Ct Lancaster, CA 93536 USA |
| Caleb Ashley | 104 Westwood Court Cisco, TX 76437 United States |
| Carlos Rangel | 1218 Stovall Ave Hacienda, CA 91745 USA |
| Carol Bender | 7519 S. Cove Cir. Centennial, CO 80122 USA |
| Carolyn Simmons | 2228 N. Gayridge Rd Mesa, AZ 85215 United States |
| Charles & Johnnie Shaw | 1714 S M Street Tacoma, WA 98405 United States |
| Charles Lee | 3916 52nd St. NE Tacoma, WA 98422 USA |
| Chasity and Adam Hanson | 18221 26th St. Ct. E Lake Tapps, WA 98391 USA |
| Cher and Rick Munoz | 555 Laurie Ln #K3 Thousand Oaks, California 91360 USA |
| Christa Hammond | 2106 West 237th St Vancouver, WA 98660 USA |
| Christine Bernard | 227 NE 61st Avenue, Unit 1 Portland, OR 97213 USA |
| Christine Higgins | 2365 Marblevista Blvd Columbus, OH 43204 United States |
| Christopher and Zettie Wagoner and Kearney | 218 Oakwood Avenue York, SC 29745 United States |
| Chun-Yin Yu | 10725 Alderbrook Ln Cupertino, CA 95014 USA |
| Craig Cotterill | 8003 66th Dr. NE Marysville, Washington 98270 US |
| Cynthia & Frank Soloski | 1247 State Route 1035 Templeton, PA 16259 United States |

| | |
|---|---|
| Cynthia Burney | 1178 Saint Agnes Lane Gwynn Oak, MD 21207 USA |
| D. Alex Denton and Mary M. Wightman | PO Box 0416 Arlington, WA 98223 United States |
| Dale & Marie Western | 27140 SE 25th Pl Sammamish, WA 98075 USA |
| Dana & Timothy Vanaman | 1846 Hafez Lane Albany, OR 97322 USA |
| Daniel & Michelle Luchs | 15491 NW Westbrook Way Portland, OR 97229 USA |
| Daniel & Patricia Phillips | |
| Daniel Parsley | 503 Valley Ave NE 220 Puyallup, WA 98372 USA |
| Danny and Trudy Dickson | 326 S 1st St Cottage Grove, OR 97424 USA |
| Dave Ward | 8640 SE Causey Ave Apt U 208 Happy Valley, OR 97086 USA |
| Dave Wittman | 9219 s 240th Pl Kent, WA 98030 USA |
| David & Monica Johnson | 5610 South I Street Tacoma, WA 98408 United States |
| David and Carlotta / Medina and Del Hierro | 9925 E Hawaii Place Aurora, CO 80247 United States |
| David and Helena Oswald | 136-155500 Rosemary Heights CR Surrey, BC V3S0K1 Canada |
| David Daniel | 4838 Ranch Acres Dr. Loveland, CO 80538 United States |
| Dawn Ferris & Tony Clampitt | 10625 SE 362nd Ave #A4 Boring, OR 97009 United States |
| Debbie Rebman | 1855 Trossachs Blvd Se Unit 505 Sammamish, WA 98075 United States |
| Denise & Stewart Ripley (Formerly Cortezano) | 1625 93 Pl SW Everett, WA 98204 United States |
| Denise Apo | 10508 Whitman Ave N Unit A Seattle, WA 98133 United States |
| Derek Crandall | 15510 Chaco Canyon Drive Cypress, TX 77429 United States |
| Devan and Brett Kikendall | 3115 NE 25th St. Ocala, FL 34470 USA |

| | |
|---|---|
| Donna and John Stalters/ Lindsley | PO Box 1338 Leonardtown, MD 20650 United States |
| Donna Kortman | 29 Eagle Drive Littleton, CO 80123 United States |
| Donna White | 450 Devil Track Road Taylorsville, NC 28681 USA |
| Doug & Marissa Patton | 3475 Marathon Dr San Diego, CA 92123 USA |
| Duane and Robyn Morey | 503 4th St SE Barnesville, MN 56514 USA |
| Duane Dow | 423 75th St SE B22 Everett, WA 98203 USA |
| Edgar and Maggie Paqueo | 9542 172nd Ave NE Redmond, WA 98052 United States |
| Edith Johnk | 8783 Mount Angel Gervais Road NE Gervais, OR 97026 United States |
| Edward & Sara Counsil | 13518 N State Rt 40 Dunlap, IL 61525 USA |
| Elaine Warczynski Mark Kram | 2703 West Woodwell Rd Dundalk, MD 21222 USA |
| Eleanor & Scott Keller | 426 E Hackamore ST Mesa, AZ 85203 USA |
| Elonna Grayson | 310 S Jefferson St Unit 15A Placentia, CA 92870 United States |
| Eric & Mariko Hein | 9907 Commonwealth Blvd Fairfax, VA 22032 United States |
| Eric Barber | 457 Forest View Rd. Oshgosh, WI 54904 USA |
| Ernest & Ingrid Bodoh | 7923 51st Ave Ct W Lakewood, WA 98499 USA |
| Evan & Linda Lopez | 2381 Benidorm Circle Apt101 Corona, CA 92879 USA |
| Fay & Larry Bickmore | 32741 32nd Ave SW Federal Way, Washington 98023 USA |
| Frank and Cheryl Urena | 1081 Dawes Ave Union, NJ 07083-6103 United States |
| Frank and Connie Johnson | 443 Lucas Creek Rd Chellalis, WA 98532 United States |
| Frederick and Judy Triggs | 16706 74th Pl West Edmonds, WA 98026 USA |

| | |
|---|---|
| Gary & Kathy Reiter | 2249 Copperleaf St. Richland, WA 99354 United States |
| Gary and Lori Hartz | 207 48th St SW Everett, WA 98203 USA |
| Geneva Drakeford | 6043 Windjammer Drive Tega Cay, SC 29708 USA |
| George & Kathy Bridges | 804 W Kiernan Ave Spokane, WA 99205 USA |
| Gerald and Walda Strang | 6524 Corte Montecito Carlsbad, CA 92009 United States |
| Geraldine Jacobson | 432 E. 43RD TACOMA, WA 98404 USA |
| Gerard Loehr | 90 Wilden DR Easton, PA 18045 United States |
| Gina and Larry Harris | 1207 Lantana Lane Burlseon, TX 76028 United States |
| Glenn & Euna Cox | 16308 B St E #2 Tacoma, WA 98445 United States |
| Gordon & Kathleen Fraatz | 4311 33rd St NE Tacoma, WA 98422 United States |
| Gregory Weber | 108 Columbia Loop Rd Roseburg, OR 97471 USA |
| Hamid and Nudrat Ahmad | 2927 Hill Dr Troy, MI 48085 USA |
| Heydi Quezada-Buitrago | 449 Lincoln Ave Cliffside Park, NJ 07010 USA |
| Hubert and Sandra Rabon | 3042 Streamlet Way Monroe, NC 28110 USA |
| Humbert and Yolanda Camacho | 26371 Liberty Dr Hemet, CA 92544 USA |
| Imtiaz Khan | 190 Eagle Ridge Way Nanuet, NY 10954 USA |
| Jacqueline and Mark Wiesner | 415 Brook St Silverton, OR 97381 USA |
| Jagvinder and Marianna Soomal and Smith | 2116 Fenton Pkwy Apt 307 San Diego, CA 92108 United States |
| Jake Davis | 1248 S. 2200 E. SPRINGVILLE, UTAH 84663 USA |
| James & Blanca Julian | 4588 Jamboree ST Oceanside, CA 92057 USA |

| | |
|---|---|
| James and Catherine Buckius | 10986 Mary Lane Burlington, WA 98233 USA |
| Jane and Mitchel Zeller | 20075 SW Pecan Aloha, OR 97006 USA |
| Janet Cole | 208 Allwood Dr Glen Burnie, MD 21061 USA |
| Jason & Amy Feigenspan | 38252 River Drive Lebanon, OR 97355 United States |
| Jay & Karen Wedsted | 3568 Envero Way Rancho Cordova, CA 95670 USA |
| Jennifer Wright | 617 E Country Plaza N Gilbert, AZ 85234 USA |
| Jenny Pichardo | 1146 44th Dr Apt 1 Long Island City, NY 11101 United States |
| Jeremy Platt | 130 Luke Court Rineyville, KY 40162 USA |
| Jessica and Gordon Kitchens | 4338 Byron Street Columbus, GA 31907 United States |
| Jessica Campbell | 300 Pole Lane Rd Marion, OH 43302 USA |
| Jessie Horacek | 1405 Brixton Court Edmond, OK 73034 USA |
| Jessie Hwang | 5622B Fauntleroy Way SW Seattle, WA 98136 USA |
| Jesus Ontiveros | 9900 Tagus St. Unit 17 Pico Rivera, CA 90660 USA |
| Joe Lyle | 4042 Pavillion Court Mississauga, ON L5B 2W1 Canada |
| John & Karen Favero | 6002 Saint Albien Way E 102 Mountlake Terrace, WA 98043 USA |
| John & Kelly Small | 6612 W Morraine Place Littleton, CO 80128 USA |
| John and Diane Osborne | 6107 Dublin Dr New Port Richey, FL 34653 USA |
| John and Phyllis Garn | 1427 Vanburen St Fostoria, OH 44830 United States |
| John and Valerie Moore | 120-6841 138th St Surrey, BC V3W0A7 Canada |
| John Coleman | 7412 N Calkins Dr Spokane, WA 99208 USA |

| | |
|---|---|
| Jojo Rapipong | 7035 Swain Dr Alexandria, VA 22306 United States |
| Jon & Midge Tallman | 5907 148th Place SW Edmonds, WA 98026 USA |
| Jose and Gabriella Chapa | 802 W Forest Dr. Mustang, OK 73062 USA |
| Joshua Kempfer | 2019 Windsong Dr. Spring Hill, TN 37174 United States |
| Joy Dodd | 763 Cobblestone Ln Hernando, MS 38632 United States |
| Julie & Henry Veysey | 4946 Center Street NE Salem, OR 97301 USA |
| Julie Beko | 16016 SE Webster Road Milwaukee, OR 97267 USA |
| Karen and Rebecca Karnes and Fleischman | PO Box 55 DuPont, WA 98327 USA |
| Karl & Kyla Harn | 101 Sunset Drive Newberg, OR 97132 United States |
| Kathleen Meeks | 219 N Garrison Rd Vancouver, WA 98664 USA |
| Kathy Brown | 6234 North 35th Street Tacoma, WA 98407 United States |
| Kay Erickson Lynn Olson | 30471 3rd Ave S Federal Way, WA 98003 USA |
| Kedron & Diane Schoming | 28818 SE Powell Valley Road Gresham, OR 97080 USA |
| Kendra Pierce (Benedict on contract) | 18805 E 1080 Rd Sayre, OK 73662 United States |
| Kenneth & Tiffany Hargett | 1304 Broadview Dr. Anacortes, WA 98221 United States |
| Kenneth and Shevette Maultsby | 1126 Plaza Miraleste Chula Vista, CA 91910 USA |
| Kenneth Taylor | 1503 Woodholme Ave Pikesville, MD 21208 USA |
| Kent Gaines | 1108 Madison Green Ct SW Mableton, GA 30126 USA |
| Kenyon & Amy Duncan | 23315 84th Ave West Edmonds, WA 98206 USA |
| Kevin & Cheryl Livingston / King | 2039 Gales St. N.E Washington, DC 20002 United States |

| | |
|---|---|
| Kevin and Alita Chamberlain | 826 Woodford Ave N #12 Kent, WA 98031 United States |
| Kristin Johansen | 17423 156th St SE Redmond, WA 98272 USA |
| Kyle and Jodie Endris | 1880 Earl RD Mitchell, IN 47446 United States |
| Larry & Susan Carlson | 8423 Mount Tacoma Dr SW Lakewood, WA 98498 United States |
| Larry and Kathleen Wiebe | PO BOX 366 Silvana, WA 98287 United States |
| Laurence (Bill) Reher | 3201 Pine Rd Apt #351 Bremerton, WA 98310 USA |
| Lawrence "Matt" Riffe ex - Lisa Ogorman | 2915 Louise St. W University Place, WA 98466 USA |
| Linden & Eleanor Connelly | 25703 SE 31st Pl Sammamish, WA 98075 USA |
| Lori and Ken Hooper | 1805 NE 94th ST Unit 13 Vancouver, WA 98665 USA |
| Lori and Rod Ashley | 8301 1st Pl SE Lake Stevens, WA 98258 USA |
| Loyal & Pamela Smith | P.O. Box 480495 Charlotte, NC 28269 USA |
| Mac Parke | 27430 141st Ave SE Kent, WA 98042 USA |
| Mao and Joe Vang-Corne and Corne | 593 River Pebble Dr Columbus, Ohio 43004 USA |
| Marcel Auger & Michelle Ratte | 1831 Rue St Georges Longueuil, Quebec J4K 4A3 Canada |
| Marco & Amy Bishay (Amy Murincsak) | 13211 Myford RD Apt 221 Tustin, CA 92782 United States |
| Marguerite & Neil MacKinnon | 21870 46th Ave Langley, BC V3A3J6 Canada |
| Marie Conn | 50 Preachers Dr Banner, KY 41603 United States |
| Martin Acaster | 8126 N Fox St Portland, OR 97203 United States |
| Maryanne & Andrew Mcgonagle | 5599 Everest Way Colombus, OH 43231 USA |
| Marylin Dobyan | PO Box 585 Campo, CA 91906 United States |

| | |
|---|---|
| Mary-Lou Kirshon | 214 Washington Street Trailer #15 Norwell, MA 02061 USA |
| Matthew & Beth Martz | PO Box 231 Grant City, MO 64456 United States |
| Matthew & Laurie Masters | 4554 NE 105th Ave / 11400 SE 90th Ave Apt 1417 Portland / Happy Valley, OR 97220 / 97086 USA |
| Matthew Fastiggi | 5015 Twilight Canyon Rd, Unit B Yorba Linda, CA 92887 United States |
| Melanie and Karen Jenson and Karnes | PO Box 55 DuPont, WA 98327 USA |
| Michael & Cynthia Malloy | 7316 Macarthur RD Saranac, MI 48881 USA |
| Michael and Doris Masteron and Herring | 18106 Waldow Road Oregon City, OR 97045 United States |
| Michael and Josephine Hopkins | 805 Pebble Court Richmond, VA 23224 United States |
| Michael and Kevin Gollihar and Wilkins | 14908 294th St NE Arlington, WA 98223 USA |
| Michael Fukuda | 1010 Felder Street Gardena, CA 90248 United States |
| Michael Strickland & Brieanna Romero | 5504 Christi Dr Douglasville, GA 30135 USA |
| Michael Vallejos | 1244 Milano Pl Phillips Ranch, California 91766 USA |
| Michael Zulaski | 20612 Olmstead Road NE Aurora, OR 97002 USA |
| Michelle and Ryan Lewis | 620 W Columbia St Monroe, WA 98272 USA |
| Michelle Richman | 1252 Harbor Island Walk Baltimore, MD 21230 USA |
| Misty Hahn-Zwosta | 29814 24th Ave S Roy, WA 98580 USA |
| | |
| Monina and Roman Catabay | 740 SE 151st Ave Portland, OR 97233 USA |
| Mora Johnson | 23907 76th Avenue W Edmonds, WA 98026 USA |

| | |
|---|---|
| Natasa & Nikola Dzeletovic | 606-201 Alvin Narod Mews Vancouver, BC V6B 8P5 Canada |
| Neil Peterson | 1701 Garden Path Ct Las Vegas, NV 89119 USA |
| Noreen Banaag & Susan Blackburn | 5945 Grove St / 15631 Ash Way C505 Marysville / Lynnwood, WA 98270 / 98087 Susan / Noreen |
| Patricia Bisch | 122 S 51st Street Tacoma, WA 98408 United States |
| Patrick McHenry | 761 Small Cut Rd. Dalmatia, Pennsylvania 17017 USA |
| Paul and Karen Schneider | 1179 Hemingway Lane Traverse City, MI 49686 USA |
| Paul Della | 12317 SE 19th Way Vancouver, WA 98683 United States |
| Pavel and Anna Basantsev | 9406 Country Hollow Drive E Puyallup, WA 98375 United States |
| Pedro Cortez | 2806 Plumeria Lane Harlingen, TX 78552 USA |
| Peter and Angie Behrmann | 5209 N 45th St Tacoma, WA 98407 United States |
| Rachel and Justin Camarillo | PO BOX 80384 Seattle, WA 98108 USA |
| Ramon Cervantes | 112 Longhorn Way Cibolo, TX 78108 USA |
| Raymond Martin | 2000 Saint Regis Dr Unit 4M Lombard, IL 60148 USA |
| Rendon and Luis Marlene and Garcia | 1609 Vallarta Circle Sacramento, CA 95834 USA |
| Ricardo De Hollanda | 18 2845 156th Street Surrey, BC V3Z3Y3 Canada |
| Robert and Lixa Anderson | 6125 Wild Eagle Court Elk Grove, CA 95757 USA |
| Robert and Tegan Armstrong | 828 Pecos St Spring Valley, CA 91977 USA |
| Robert and Valerie Tritz and Carter | 109 Blossom Field CT Colorado Springs, CO 80817 USA |
| Robert Erskine | 2045 Richview Dr Billings, MT 59105 USA |

| | |
|---|---|
| Robert Hartman | 2609 W Southern Ave. #65 Tempe, AZ 85282 United States |
| Ron & Louise Klodt | PO Box 1178 Tracyton, WA 98393 USA |
| Ronald Cureton | 15512 Foreleigh Road Huntersville, NC 28078 United States |
| Ronald Rauckhorst | 3008 Lemon Heights Rd Henderson, NV 89052 USA |
| Rosalva and Manuel Arredondo | 17074 Dearborn St Northridge, CA 91325 USA |
| Ruben Matos | 6001 Kathmoor Drive Alexandria, VA 22310 United States |
| Salvador Campos & Maria Gandara | 6824 Beverly Glen Avenue Las Vegas, NV 89110 United States |
| Sam James | 5550 South Plantain Point Lecanto, FL 34451 USA |
| Sarah and Richard Carpenter | 17049 Trail of the Woods Austin, TX 78734 USA |
| Sean Bell | 13115 Via Suena Valley Center, CA 92082 USA |
| Selda and Selma Mart | 1210 N Cherokee Ave, Apt 107 Los Angeles, CA 90038 United States |
| Shane Sanders | 1500 NE 15th Ave Apt 444 Portland, OR 97232 USA |
| Shannon Hines and Carl Dawson | 10518 109th Ave SW Tacoma, WA 98498 United States |
| Sharon and Gary Chuculate | 149 Shadow Lane London, AR 72847 United States |
| Sharon Lofton | 28819 20th Pl S Federal Way, Wa 98003 United States |
| Shawn McDaniel | 705 E 17th Place The Dalles, OR 97058 USA |
| Sheila Dees | 19901 Barker Street Spring Hill, KS 66083 USA |
| Sheri Bonner-Ryan | 4985 Orchard Heights Road NW Salem, OR 97304 USA |
| Sheri Crump | 1330 Hardwick Rd Pell City, AL 35128 USA |
| Stanley Ikebe | 6670 Palomino Circle West Linn, Oregon 97068 United States |

| | |
|---|---|
| Stanley McNutt | |
| Stephen and Ann Rubinkan | 2583 Magellan Ln Vista, CA 92081 United States |
| Steve and Christine Grzymkowski | 5277 Geddes Way Pipersville, PA 18947 USA |
| Steven and Eubaldo Trujillo and Lovato | 13725 Locust Street Thornton, CO 80602 United States |
| Susan Overby | 6763 Creekside street Redding, CA 96001 USA |
| Suzanne Chinnock and Richard Luttrell | 9831 Wonderful Day Dr Las Vegas, NV 89148 USA |
| Tamara & David Butler | 15520 Mill Creek Blvd APT H-103 Mill Creek, WA 98012 USA |
| Tanisia Moore | 4301 Sierra Way Gardendale, AL 35071 United States |
| Taralei & Joseph MacCallum | PO Box 794 Hudson Day, SK S030Y0 CANADA |
| Terry and Denise Hagen | 7491 Waterside Dr Colorado Springs, CO 80925 USA |
| Thomas A & Janice Garner | 2101 NW Hemlock Pl Redmond, OR 97756 United States |
| Thomas Cilenti | 203 1st ST Amity, OR 97101 USA |
| Thomas Parker | 1837 County Route 1 Oswego, NY 13126 United States |
| Tim & Fran Yoder | 17304 E Arkansas Avenue Aurora, CO 80017-4205 USA |
| Timothy Scott and John Nunnery | 14022 Fairwind Lane Broomfield, CO 80023 USA |
| Travis Parker & Elia Herrera | 1038 South Walker Ave # 4 San Pedro, CA 90731 United States |
| Trish and Brian Dixon | 5213 W Shaggy Peak Drive Riverton, UT 84096 USA |
| Troy Woodworth | 1812 19th Ave Apt 307 Seattle, WA 98122 United States |
| Valerie Moore | 310 West 143rd St. 16E New York, NY 10030 United States |
| Vasiliki Torunidis and Billy Iliakostas | 1 Pohatcong Dr Washington, NJ 07882 USA |
| Vicky and Alvin Roehl | 10723 123rd Ave NE Lake Stevens, WA 98258 United States |

| | |
|---|---|
| Victoria Wells | 23917 56th Ct. S. Unit E-1 Kent, WA 98032 USA |
| Vince Toves | 23517 53rd Ave SE Bothell, WA 98021 USA |
| Virginia Patchett | 2104 Lewis St The Dalles, OR 97058 USA |
| Virginia Schlitzer | 368 Stevens Ave NW Renton, WA 98057 United States |
| Warren & Victoria Winslow | 530 Stonehaven Street Dacono, CO 80514 USA |
| Wayne & Danya Arguello | 6591 West Elmhurst Avenue Littleton, CO 80128 USA |
| Wayne & Debbie Kjorvestad | 13770 Omega Circle Littleton, CO 80124 USA |
| William and Betty Shantz | 15465 Broadway St Lowell, IN 46356 United States |
| Yasmin Torres | 10248 Tujunga Canyon Blvd # 101 Tujunga, CA 91042 United States |
| Richard Shobe – Via Deposition | 2420 Railroad Ct. SE Albany, OR 97322 United States |