UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WYNDHAM VACATION OWNERSHIP, INC., et al.,

Plaintiffs,

Case No.: 6:18-cv-02171-GAP-DCI

v.

MITCHELL R. SUSSMAN, et al.

Defendant.

_______________________________/

## DEFENDANT MITCHELL REED SUSSMAN'S WITNESS LIST

| No. | Witness List – A (Will Call) | Purpose |
|---|---|---|
| 1. | Mitchell Reed Sussman, Esq., The Law Offices of Mitchell Reed Sussman<br>c/o Nardella & Nardella, PLLC<br>135 W. Central Blvd, Suite 300<br>Orlando, Florida 32801 | Fact witness |
| | Witness List – B (May Call) | |
| 2. | Ramona Harrington, Rule 30(b)(6) corporate representative of all Plaintiffs<br>c/o Shutts & Bowen LLP<br>300 South Orange Avenue, Suite 1600<br>Orlando, Florida 32801 | Fact witness |
| 3. | Michael Lazinsk<br>c/o Shutts & Bowen LLP<br>300 South Orange Avenue, Suite 1600<br>Orlando, Florida 32801 | Fact witness |
| 4. | Marcus Vargas<br>c/o Shutts & Bowen LLP<br>300 South Orange Avenue, Suite 1600<br>Orlando, Florida 32801 | Fact witness |

Exhibit 4

| | | |
|---|---|---|
| 5. | Catherine Cerbone, Rule 30(b)(6) corporate representative of Reed Hein<br>c/o Wilson Elser<br>111 North Orange Avenue, Suite 1200<br>Orlando, Florida 32801<br>By Deposition Designation | Fact witness |
| 6. | Thomas Parenteau<br>c/o Wilson Elser<br>111 North Orange Avenue, Suite 1200<br>Orlando, Florida 32801<br>By Deposition Designation | Fact witness |
| 7. | Scott Loughran<br>c/o Wilson Elser<br>111 North Orange Avenue, Suite 1200<br>Orlando, Florida 32801<br>By Deposition Designation | Fact witness |
| 8. | Brandon Reed<br>c/o Wilson Elser<br>111 North Orange Avenue, Suite 1200<br>Orlando, Florida 32801<br>By Deposition Designation | Fact witness |
| 9. | Trevor Hein<br>c/o Wilson Elser<br>111 North Orange Avenue, Suite 1200<br>Orlando, Florida 32801 | Fact witness |
| 10. | Chasity Porter<br>c/o Wilson Elser<br>111 North Orange Avenue, Suite 1200<br>Orlando, Florida 32801 | Fact witness |
| 11. | Yolanda Gabo<br>3820 Westpark Ct. NW<br>Olympia, Washington 98502<br>By Deposition Designation | Fact witness |
| 12. | Monica Reyna<br>1600 Ryoster Rd.<br>Fort Worth, Texas 76134<br>By Deposition Designation | Fact witness |

| | | |
|---|---|---|
| 13. | Richard Shobe<br>2420 Railroad Court Southeast<br>Albany, Oregon 97322<br>By Deposition Designation | Fact witness |
| 14. | Nicole Tarasenko<br>c/o Wilson Elser<br>111 North Orange Avenue, Suite 1200<br>Orlando, Florida 32801<br>By Deposition Designation | Fact witness |
| 15. | Joel Mark, Esq.<br>c/o Wilson Elser<br>111 North Orange Avenue, Suite 1200<br>Orlando, Florida 32801 | Expert witness |

Defendant reserves the right to call any and all witnesses listed by any party of this lawsuit.

Defendant reserves the right to amend and/or supplement this Witness List as needed, at any time in the future.

Dated:

Respectfully Submitted,

/s/___________________________

Michael A. Nardella, Esq.
Florida Bar No. 051265
John J. Bennett, Esq.
Florida Bar No. 98257
Nardella & Nardella, PLLC
135 W. Central, Suite 300
Orlando, Florida 32801
(407) 966-2680
mnardella@nardellalaw.com
jbennett@nardellalaw.com
dabbott@nardellalaw.com

*/s/* ___________________
Clay H. Coward, Esquire
Florida Bar No. 379522
Krista N. Cammack, Esquire
Florida Bar No. 104718
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for Mitchell R. Sussman
390 N. Orange Avenue, Suite 1000
Orlando, FL 32801
PH: 407-843-3939
ccoward@wickersmith.com

*Counsel for Defendant Mitchell Reed Sussman*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have filed the foregoing with the Clerk of Court via CM / ECF on this __ day of _______ 2021, which will send a notice of electronic filing to all counsel of record.

*/s/ John J. Bennett*
John J. Bennett, Esq.