101333-5 (12828564)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, SHELL VACATIONS, LLC, SVC-WEST, LLC, SVC-AMERICANA, LLC, AND SVC-HAWAII, LLC,

Plaintiffs,

vs. CASE NO. 6:18-cv-2171-Orl-31TBS

REED HEIN & ASSOCIATES, LLC, BRANDON REED, TREVOR HEIN, THOMAS PARENTEAU, HAPPY HOUR MEDIA GROUP, LLC, MITCHELL R. SUSSMAN, KEN B. PRIVETT AND SCHROETER GOLDMARK & BENDER, P.S.,

Defendants.
_______________________________________/

**DEFENDANT MITCHELL REED SUSSMAN'S OBJECTIONS AND COUNTER DESIGNATIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS**

Defendant, Mitchell Reed Sussman, by and through his undersigned counsel, hereby serves his Objections and Counter Designations to Plaintiffs' Deposition Designations, stating as follows:

Exhibit 6

1. **Yolanda Gabo**:

| Plaintiffs' Designations | Defendant Sussman's Objections | |
|---|---|---|
| 11:22 – 16:9 | | |
| 16:25 – 19:1 | | |
| 21:6 – 8 | | |
| 25:18 – 21 | | |
| 26:8 – 28:11 | 27:19 – 28:3 | Hearsay |
| 28:23 – 29:8 | 28:23 – 29:8 | Hearsay |
| 29:21 – 30:7 | | |
| 30:25 – 31:25 | 30:25 – 31:25 | Hearsay, 403, relevancy |
| 34:22 – 35:18 | 34:25 – 35:18 | Hearsay |
| 40:20 – 41:10 | | |
| 60:4 – 61:24 | 60:4 – 61:24 | Hearsay/Compound |

| Defendant Sussman's Counter Designations | |
|---|---|
| 19:2 – 21:4 | |
| 21:15 – 24 | |
| 23:16 -24:14 | |
| 28:12 – 17 | |
| 29:9 – 20 | |
| 30:19 – 24 | (only if objection to p.31 overruled) |
| 32:1 (from "Did there . . .) – 34:21 | |
| 37:23 – 38:22 | |
| 39:2 – 40:10 | |
| 42:13 – 50:15 | |
| 51:20 – 57:8 | |

2. **Monica Renya**:

| Plaintiffs' Designations | Defendant Sussman's Objections | |
|---|---|---|
| 6:4 – 8 | 6:7 – 8 | Objection re "case v. TET" – No longer a Defendant, 403 |
| 12:17 – 17:6 | | |
| 20:2 – 21:1 | | |
| 21:20 – 24:3 | | |

| | |
|---|---|
| 25:1 – 31:6 | 25:9 – 26:4 Relevancy, 403<br>Exh 3 Hearsay<br>29:12 – 31:2 Hearsay |
| 32:16 – 34:2 | 32:16 – 23 Hearsay<br>33:11 – 34:2 Hearsay |
| 36:18 – 40:25 | 39:8 (from "I just . . . ") – 17 Hearsay<br>40:1 – 9 Irrelevant/confusing, 403 |
| 55:3 – 56:4 | 55:3 – 56:4 Leading, hearsay, speculation |

| Defendant Sussman's Counter Designations |
|---|
| 7:5 – 8 |
| 9:9 – 11 |
| 17:7 – 19:23 |
| 21:5 – 14 |
| 32:2 – 9 (only if objection to p.30 is overruled) |
| 44:7 – 23 |
| 46:22 – 47:1 |
| 49:13 – 18 |
| 50:16 – 52:15 |

3. **Mariko Hein:**

| Plaintiffs' Designations | Defendant Sussman's Objections |
|---|---|
| | General Objection: Mariko Hein is not one of the 250 Sussman Owners, currently at issue in this litigation. Therefore, Mariko Hein's testimony should be excluded as it is irrelevant, confusing/ misleading, and prejudicial. In an abundance of caution, Defendant provides objections and counter designations to Plaintiffs' deposition designations of Mariko Hein, in the event this general objection is overruled. |
| 7:10 – 25 | 7:10-16 Unnecessary introduction by counsel |
| 11:1 – 16:23 | |
| 17:21 – 19:5 | |
| 21:12 – 26:21 | 21:12 – 26:21 FRE 802 |

| | |
|---|---|
| 28:18 – 29:5 | 28:18 – 29:5 FRE 802, speculation |
| 30:17 – 31:4 | |
| 31:7 – 16 | |
| 67:17 – 22 | 67:17 – 22 FRE 802 |

| Defendant Sussman's Counter Designations |
|---|
| 19:6 – 14 |
| 27:4 – 28:12 |
| 29:18 – 30:16 |
| 32:18 – 33:2 |
| 33:9 – 14 |
| 35:7 – 14 |
| 35:25 – 37:11 |
| 37:17 – 38:7 |
| 38:17 – 41:3 |
| 41:24 – 43:11 |
| 44:6 – 47:10 |
| 48:15 – 49:25 |
| 50:21 – 51:24 |
| 52:20 – 53:19 |
| 54:1 – 5 |
| 57:3 – 5 |
| 58:16 – 59:11 |
| 59:23 – 60:21 |
| 61:1 – 8 |
| 63:11 – 14 |
| 63:24 – 64:5 |

**4. Brandon Reed:**

| Plaintiffs' Designations | Defendant Sussman's Objections |
|---|---|
| 5:14 – 22 | |
| 12:12 – 25 | |
| 16:4 – 18:22 | |
| 21:10 – 22:2 | 21:10 – 22:2 Relevancy |
| 24:8 – 26:11 | 24:8 – 26:11 Relevancy; Hearsay |
| 27:8 – 29:25 | |
| 30:14 – 33:8 | 32:22 – 33:8 Asked and answered, relevancy |

| | | |
|---|---|---|
| 34:7 – 35:12 | 34:7 – 35:12 | Vague as to time; relevancy as to particular owners in this case, 403 |
| 36:22 – 37:17 | | |
| 46:16 – 49:14 | 46:16 – 47:9<br>47:11 – 49:14 | Relevancy, TET settled, 403<br>Relevancy, 403 |
| 50:3 – 52:17 | 50:3 – 52:17 | Relevancy, 403 |
| 54:22 – 55:14 | | |
| 59:8 – 61:11 | 59:8 – 61:11 | Relevancy, 403 |
| 63:6 – 66:9 | 63:6 – 64:13<br>64:20 – 67:9 | Hearsay<br>Hearsay [*Plaintiffs put 66:9 but clearly meant 67:9*] |
| 70:20 – 73:2 | 70:20 – 73:2 | Hearsay |
| 89:17 – 21 | 89:17 – 21 | Relevancy |
| 90:15 – 91:12 | 90:15 – 91:12 | Relevancy, 403 |
| 94:6 – 95:22 | 95:14 – 22 | Vague as to who the vendor is, vague as to time, relevancy, 403 |
| 114:1 – 12 | 114:11 (from "I mean . . . ) – 12 | Speculation |
| 137:5 – 138:2 | | |
| 138:23 – 139:5 | | |
| 139:18 – 140:6 | 139:18 – 140:6 | Relevancy, overbroad as to timeshare owners in this case, confusing, 403 |
| 145:7 – 146:3 | 145:8 – 146:3 | Asked and answered, overbroad as to timeshare owners unrelated to this case, lack of predicate that he was present for such communications between Sussman and Reed Hein customers/clients, relevancy as to timeshare owners in this case, 403 as confusing/ prejudicial unless statement can be tied to timeshare owners in this case |
| 148:22 – 149:6 | 148:22 – 149:6 | Asked and answered |
| 152:15 – 155:12 | 152:15 – 155:12 | Hearsay, relevancy, 403 |

| Defendant Sussman's Counter Designations | |
|---|---|
| 8:15 – 22 | |
| 9:3 – 19 | |
| 11:24 – 12:1 | |
| 35:13 – 18 | (if objection to pp 34-35 is overruled) |
| 146:4 – 147:4 | (only if objection to 145:8 – 146:3 is overruled) |
| 148:22 – 149:6 | Asked and Answered |

**5. Thomas Parenteau:**

| Plaintiffs' Designations | Defendant Sussman's Objections | |
|---|---|---|
| | General Objection: Pursuant to the Court's Summary Judgment Order (Doc. # 337), testimony pertaining to advertising and/or the Lanham Act should be excluded as it is irrelevant, confusing/ misleading, and prejudicial. In an abundance of caution, Defendant provides objections and counter designations to Plaintiffs' deposition designations of Thomas Parenteau, in the event this general objection is overruled. | |
| 7:2 – 5 | | |
| 14:3 – 16 | | |
| 14:25 – 15:6 | | |
| 20:11 – 22:17 | 21:21 – 22:13 | Discussion of 3 methods is irrelevant; FRE 401; 403 |
| 26:17 – 28:6 | 27:6 – 11 | FRE 802 |
| 28:17 – 30:15 | 28:17 – 30:15 | FRE 401, 403, 802 |
| 32:12 – 19 | 32:12 – 19 | FRE 401, 403 |
| 40:9 – 44:5 | 40:9 – 44:5 | FRE 401, 403, as it deals with advertising; 401 re relationship with celebrity personalities (*i.e.*, Dave Ramsey) |
| 47:9 – 49:12 | 47:9 – 48:18 | FRE 401 (advertising discussion); 403 |

| | | |
|---|---|---|
| 50:22 – 51:3 | | |
| 52:12 – 53:23 | | |
| 104:10 – 105:10 | | |
| 107:10 – 22 | | |
| 116:1 – 117:15 | 116:1 – 117:15 | FRE 401, 403 |
| 121:11 – 122:4 | 121:11 – 122:4 | FRE 401, 403, speculation |
| 136:1 – 137:1 | | |
| 140:7 – 141:1 | | |
| 142:17 – 143:7 | | |
| 155:25 – 156:16 | | |

| Defendant Sussman's Counter Designations | |
|---|---|
| 12:3 – 5 | |
| 15:8 – 15 | |
| 59:3 – 60:7 | |
| 60:12 – 14 | |
| 63:14 – 1 | |
| 64:10 – 13 | |
| 67:24 – 68:7 | |
| 77:12 – 78:3 | |
| 91:21 – 92:2 | |
| 94:21 – 95:4 | |
| 103:18 – 21 | |
| 108:22 – 24 | |
| 125:2 – 126:15 | |
| 126:23 – 127:2 | |
| 137:14 – 138:3 | |
| 141:10 – 142:16 | |
| 153:11 – 154:21 | Only if advertising discussion allowed |

**6. Reed Hein 30(b)(6):**

| Plaintiffs' Designations | Defendant Sussman's Objections |
|---|---|
| 7:18 – 24 | |
| 15:9 – 24 | |

| | | |
|---|---|---|
| 22:3 – 28:5 | 22:3 – 28:5 | FRE 401 |
| 38:25 – 39:18 | 38:25 – 39:18 | FRE 401 |
| 42:14 – 43:24 | 42:14 – 43:24 | FRE 401 |
| 44:10 – 23 | 44:10 – 23 | FRE 401 |
| 51:1 – 23 | | |
| 54:10 – 20 | 54:10 – 20 | Lack of predicate |
| 56:24 – 57:22 | 56:24 – 57:22 | FRE 401 |
| 58:7 – 15 | | |
| 73:19 –76:20 | 73:19 –76:20 | Calls for legal conclusion |
| 97:16 – 101:9 | 97:16 – 101:9 | FRE 802 / FRE 401 / Lack of foundation / FRE 602 |
| 101:20 – 107:23 | 101:20 – 107:23 | FRE 602 / Lack of foundation / Calls for speculation / Calls for legal conclusion / Misleading question |
| 112:16 – 113:17 | 112:16 – 113:17 | Calls for legal conclusion / Lack of foundation |
| 114:2 – 4 | 114:2 – 4 | Calls for legal conclusion / Lack of foundation |
| 118:6 – 120:19 | 118:6 – 120:19 | FRE 802 / FRE 602 / Lack of foundation |
| 125:11 – 18 | 125:11 – 18 | FRE 401 |
| 127:1 – 24 | 127:1 – 24 | FRE 602 / Lack of foundation / Calls for speculation / Misleading question |
| 130:4 – 22 | | |
| 204:6 – 18 | 204:6 – 18 | FRE 802 / FRE 401 / Lack of foundation / FRE 602 |
| 241:10 – 25 | 241:10 – 25 | FRE 401 |
| 245:15 – 25 | | |
| 247:25 – 248:2 | 247:25 – 248:2 | Lack of predicate |
| 250:21 – 251:14 | 250:21 – 251:14 | Misstates testimony / Calls for legal conclusion |
| 280:7 – 281:24 | 280:7 – 281:24 | Asked and answered |
| 286:2 – 21 | 286:2 – 21 | Calls for legal conclusion |
| 294:13 – 22 | 294:13 – 22 | FRE 602 / Lack of |

| | |
|---|---|
| | foundation |

| Defendant Sussman's Counter Designations |
|---|
| 25:9 – 12 |
| 28:22 – 29:12 |
| 54:21 – 56:2 |
| 79:13 – 80:11 |
| 81:5 – 82:14 |
| 85:13 – 25 |
| 88:22 – 89:4 |
| 125:19 – 126:1 |
| 129:18 – 22 |
| 131:19 – 132:6 |
| 200:16 – 201:7 |
| 244:7 – 19 |
| 249:18 – 250:8 |
| 251:16 – 19 |
| 269:23 – 270:21 |
| 286:22 – 25 |
| 287:8 – 18 |

**7. Scott Loughran**

| Plaintiffs' Designations | Defendant Sussman's Objections |
|---|---|
| | General Objection: Pursuant to the Court's Summary Judgment Order (Doc. # 337), testimony pertaining to advertising and/or the Lanham Act should be excluded as it is irrelevant, confusing/ misleading, and prejudicial. In an abundance of caution, Defendant provides objections and counter designations to Plaintiffs' deposition designations of Scott Loughran, in the event this general objection is overruled. |
| 7:10 – 18 | |
| 12:19 – 24 | |
| 13:24 – 14:2 | |
| 14:19 – 25 | |
| 15:15 – 16:3 | |

| | | |
|---|---|---|
| 18:6 – 9 | | |
| 23:19 – 25:7 | | |
| 26:20 – 27:24 | 26:20 – 27:24 | FRE 401; calls for speculation; |
| 40:11 – 41:11 | 40:11 – 41:11 | FRE 401; calls for legal conclusion |
| 44:24 – 45:19 | 44:24 – 45:19 | Lack of Foundation; Calls for speculation and legal conclusion re: existence of enforceable contracts |
| 46:20 – 25 | | |
| 97:2 – 98:9 | 97:2 – 98:9 | FRE 403; FRE 802; calls for speculation; lack of foundation (admitted to not being involved in operations doesn't know what was said to owners) (& hearsay re: what he was told TET did or said to owners before he worked there) |
| 101:2 – 18 | 101:2 – 18 | FRE 403; FRE 802 (re: what Ramsey's office said or wanted) |

| Defendant Sussman's Designations | |
|---|---|
| 18:6 – 12 | |
| 19:22 – 20:3 | |
| *26:25 – 27:13* | |
| 27:22 – 24 | |
| 33:19 – 23 | |
| 35:16 – 25 | |
| 37:10 – 17 | |
| 45:4 – 9 | |
| 64:17 – 22 | |
| 96:5 – 13 | |
| 97:20 – 98:9 | |
| 99:8 – 100:3 | |
| *182:5 – 20* | *Lanham Act (advertising no* |

| | |
|---|---|
| | *involvement of Sussman)* |
| 182:21 – 23 | |

**8. Nicole Tarasenko**

| Plaintiffs' Designations | Defendant Sussman's Objections | |
|---|---|---|
| 5:4 – 9 | | |
| 11:1 – 23 | | |
| 12:2 – 4 | | |
| 12:17 – 22 | | |
| 14:14 – 25 | | |
| 16:21 – 17:11 | | |
| 18:21 – 20:4 | | |
| 20:18 – 21:1 | | |
| 24:15 – 25:18 | | |
| 26:3 – 27:10 | | |
| 28:12 – 14 | | |
| 29:11 – 30:8 | | |
| 30:13 – 17 | | |
| 34:19 – 36:5 | 34:19 – 36:5 | FRE 401; 403 (all interactions by Tarasenko came after sales presentation and has no firsthand knowledge of what was told to any specific owner and so this testimony is unfairly prejudicial in relation to its probative value); Misleading Question; Asked and Answered |
| 36:23 – 37:1 | 36:23 – 37:1 | |

| Defendant Sussman's Counter Designations |
|---|
| 25:25 – 26:2 |
| 36:14 – 17 |

**9. Mitchell Sussman:**

| Plaintiffs’ Designations | | |
|---|---|---|
| 9:1 – 6 | | |
| 11:6 – 15 | | |
| 11:21 – 12:5 | | |
| 13:8 – 15:4 | | |
| 16:9 – 18:16 | 16:16 (from “And when . . .“) – 16:21 | Irrelevant, 403 |
| 19:6 – 10 | | |
| 20:7 – 20 | 20:7 – 20 | Hearsay, irrelevant, 403 (reference to other lawsuits) |
| 22:25 – 26:17 | 22:25 – 24:1 | Irrelevant (not sure of 24 – 26) |
| 27:1 – 31:25 | | |
| 32:13 – 35:22 | | |
| 37:7 – 40:20 | 37:7 – 38:3 | Irrelevant, 403 |
| 41:14 – 42:3 | | |
| 42:9 – 47:14 | 42:9 – 47:14 | Irrelevant, 403 |
| 47:20 – 49:18 | 47:20 – 49:18 | Irrelevant, 403 |
| 50:9 – 13 | 50:9 - 13 | Irrelevant, 403 |
| 50:22 – 52:14 | 50:22 – 52:14 | Irrelevant, 403 |
| 52:22 – 56:9 | 52:22 – 56:9 | Irrelevant, 403 |
| 63:5 – 64:8 | 63:5 – 64:8 | Irrelevant, 403 |
| 78:2 – 79:16 | 78:2 – 79:16 | Irrelevant, 403 (including reference to “other cases”) |
| 83:8 – 84:3 | 83:19 – 84:1 | Reference to insurance – prejudicial and confusing, 403 |
| 87:14 – 88:4 | | |
| 88:8 – 89:2 | | |
| 89:13 – 91:2 | | |
| 93:15 – 25 | 93:15 - 25 | No question, relevancy, 403 |
| 94:8 – 95:1 | 94:8 – 95:1 | Irrelevant, 403 |
| 96:4 – 12 | | |
| 98:23 – 99:24 | 99:22 – 24 | 403 (reference to insurance) |
| 101:2 – 104:12 | 101:2 – 104:12 | Irrelevant (“advertising”), 403 |

| | | |
|---|---|---|
| 105:20 – 106:14 | 105:20 – 106:14 | Irrelevant, 403 |
| 107:19 – 108:24 | | |
| 111:25 – 112:6 | | |
| 113:24 – 116:11 | 113:24 – 116:11 | Irrelevant, speculation, 403 |
| 124:6 – 127:5 | | |
| 130:13 – 132:22 | 130:13 – 116:11 | Irrelevant (not a Sussman timeshare owner who testifies at trial), 403 |
| 134:20 – 135:13 | 134:20 – 135:13 | Overbroad as to owners in this case and as to time statement made |
| 138:4 – 141:3 | 138:4 – 141:3 | Hearsay, lack of predicate (Sussman not on e-mail chain); 403 |
| 142:22 – 143:19 | 142:22 – 143:19 | Irrelevant, hearsay, 403 |
| 143:25 – 144:9 | 143:25 – 144:9 | Irrelevant, hearsay, 403 |
| 145:19 – 146:8 | 145:19 – 146:8 | Irrelevant, hearsay, 403 |
| 151:22 – 152:20 | 151:22 – 152:20 | Irrelevant (Egmon not a Sussman owner); 403 |
| 153:2 – 11 | 153:2 – 11 | Irrelevant, 403 |
| 153:25 – 154:11 | 153:25 – 154:11 | Irrelevant, 403 |
| 155:2 – 157:1 | 155:2 – 157:1 | Irrelevant, 403 |
| 159:6 – 160:17 | 159:6 – 160:17 | Irrelevant, 403 |
| 162:4 – 163:25 | 162:4 – 163:25 | Irrelevant unless Allee is called at trial |
| 165:24 – 169:13 | | |
| 173:1 – 6 | 173:1 – 6 | Irrelevant, speculation, 403 |
| 174:2 – 175:4 | 174:14 – 16 | Irrelevant ("marketing"), overbroad (does not specify "TET"), 403 |
| 176:5 – 178:10 | 176:5 – 178:10 | Irrelevant (relates to other companies, not TET; also "advertising"), 403 |
| 181:6 – 185:8 | 182:15 – 185:8 | Irrelevant, speculation, 403 |
| 187:4 – 188:25 | 187:4 – 188:25 | Overbroad, not related to timeshare owners in this case |

| Defendant Sussman's Counter Designations |
| --- |
| 10:25 – 11:5 |
| 13:1 (from "other than . . .") – 13:3 |
| 32:1 - 12 |
| 56:19 – 62:3 |
| 108:25 – 109:18 |
| 175:5 – 176:4 |

Dated: 10/13/21

Respectfully submitted,

______________________________

Clay H. Coward, Esquire (379522)
CCoward@wickersmith.com
WICKER SMITH O'HARA McCOY & FORD, P.A.
390 N. Orange Avenue, Suite 1000
Orlando, FL 32801
Telephone: (407) 843-3939
Facsimile: (407) 649-8118
Attorneys for Mitchell Reed Sussman, Esquire

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on __________________, 2021, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

______________________________

Clay H. Coward, Esquire