UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, SHELL VACATIONS, LLC, SVC-WEST, LLC, SVC-AMERICANA, LLC, AND SVC-HAWAII, LLC,

CASE NO. 6:18-cv-2171-Orl-31TBS

Plaintiffs,

vs.

MITCHELL R. SUSSMAN,

Defendant.
_________________________________/

**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS**

Plaintiffs, Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Wyndham Resort Development Corporation, Shell Vacations, LLC, SVC-West, LLC, SVC-Americana, LLC, and SVC-Hawaii, LLC (collectively, "Plaintiffs"), hereby state their objections to the deposition designations and counter-designations of Defendant Mitchell Reed Sussman, Esq. ("Sussman") and state as follows:

Exhibit 7

## SUSSMAN'S DEPOSITION DESIGNATIONS

### 1. Richard Shobe

| Sussman's Designation | Objections |
|---|---|
| | General – Wyndham objects to the entire testimony of Richard Shobe as irrelevant because he is not an owner for which Wyndham seeks damages. Other objections are stated below: |
| 5:14 – 19 | |
| 7:7 – 16:5 | Relevance |
| 16:20 – 18:10 | Relevance / Leading as to 16:20 – 17:10 |
| 18:18 – 19:10 | Relevance |
| 19:17 – 22:20 | Relevance / Lack of knowledge as to 22:4 – 13 |
| 23:18 – 24:24 | Relevance / Leading as to 23:18 – 24:2 |
| 25:12 – 26:12 | Relevance |
| 26:23 – 27:23 | Relevance / Leading as to 26:23 – 27:6 |
| 28:7 – 28:14 | Relevance |
| 29:10 – 29:20 | Relevance / Lack of foundation / Calls for Legal Conclusion |
| 30:2 – 4 (through "Shutts and Bowen") | |
| 37:1 – 4 | Relevance |
| 42:9 – 44:12 | Relevance |
| 47:14 – 21 | Relevance |
| 48:22 – 49:18 | Relevance |
| 53:1 - 4 | Relevance |

## SUSSMAN'S DEPOSITION COUNTER-DESIGNATIONS

### 1. Yolanda Gabo

| Sussman's Counter-Designation | Objectiona |
|---|---|
| 19:2 – 21:4 | 20:18 to 21:4 – Relevance / Confusing |

| | |
|---|---|
| 21:15 – 24 | |
| 23:16 -24:14 | Relevance |
| 28:12 – 17 | Relevance / Speculation |
| 29:9 – 20 | |
| 30:19 – 24 (only if objection to p.31 overruled) | |
| 32:1 (from "Did there . . .) – 34:21 | Relevance |
| 37:23 – 38:22 | |
| 39:2 – 40:10 | Relevance |
| 42:13 – 50:15 | Relevance |
| 51:20 – 57:8 | Relevance |

**2. <u>Monica Reyna</u>**

| **Sussman's Counter-Designation** | **Objection** |
|---|---|
| 7:5 – 8 | |
| 9:9 – 11 | |
| 17:7 – 19:23 | Relevance |
| 21:5 – 14 | Relevance |
| 32:2 – 9 (only if objection to p. 30 is overruled) | Relevance |
| 44:7 – 23 | Relevance / Hearsay |
| 46:22 – 47:1 | Relevance / Hearsay |
| 49:13 – 18 | |
| 50:16 – 52:15 | Relevance |

**3. <u>Mariko Hein</u>**

| **Sussman's Counter-Designation** | **Objection** |
|---|---|
| 19:6 – 14 | Relevance / Hearsay |
| 27:4 – 28:12 | As to 27:4 – 11 and 27:25 – 28:12, Relevance |
| 29:18 – 30:16 | Relevance |
| 32:18 – 33:2 | |
| 33:9 – 14 | Relevance |
| 35:7 – 14 | |
| 35:25 – 37:11 | Relevance / 403 |
| 37:17 – 38:7 | Relevance / 403 |
| 38:17 – 41:3 | |
| 41:24 – 43:11 | Relevance / 403 |

| | |
|---|---|
| 44:6 – 47:10 | Relevance / 403 |
| 48:15 – 49:25 | Relevance / 403 |
| 50:21 – 51:24 | Relevance / 403 |
| 52:20 – 53:19 | Relevance / 403 |
| 54:1 – 5 | Relevance / 403 / Hearsay / Leading |
| 57:3 – 5 | |
| 58:16 – 59:11 | Relevance / Hearsay / Foundation / Speculation |
| 59:23 – 60:21 | Relevance / 403; As to 60:1 – 7, lack of foundation |
| 61:1 – 8 | Relevance |
| 63:11 – 14 | Relevance / Speculation |
| 63:24 – 64:5 | Relevance |

4. **Brandon Reed**

| **Sussman's Counter-Designation** | **Objection** |
|---|---|
| 8:15 – 22 | |
| 9:3 – 19 | Relevance |
| 11:24 – 12:1 | |
| 35:13 – 18 (if objection to pp 34-35 is overruled) | |
| 146:4 – 147:4 (only if objection to 145:8 – 146:3 is overruled) | |
| 148:22 – 149:6 Asked and Answered | Relevance |

5. **Thomas Parenteau**

| **Sussman's Counter-Designation** | **Objection** |
|---|---|
| 12:3 – 5 | |
| 15:8 – 15 | |
| 59:3 – 60:7 | |
| 60:12 – 14 | |
| 63:14 – 1 | Foundation |
| 64:10 – 13 | Foundation |
| 67:24 – 68:7 | Foundation |
| 77:12 – 78:3 | Foundation / Relevance (due to time period) |
| 91:21 – 92:2 | Relevance (due to time period) |

| | |
|---|---|
| 94:21 – 95:4 | Foundation / Relevance (due to time period) |
| 103:18 – 21 | |
| 108:22 – 24 | |
| 125:2 – 126:15 | Relevance |
| 126:23 – 127:2 | Relevance / Lack of personal knowledge |
| 137:14 – 138:3 | Relevance |
| 141:10 – 142:16 | Relevance / Foundation |
| 153:11 – 154:21 Only if advertising discussion allowed | Relevance / Lack of Personal Knowledge |

**6. Reed Hein 30(b)(6)**

| **Sussman's Counter-Designation** | **Objection** |
|---|---|
| 25:9 – 12 | |
| 28:22 – 29:12 | |
| 54:21 – 56:2 | As to 55:11 – 56:2, Speculation |
| 79:13 – 80:11 | Relevance |
| 81:5 – 82:14 | Relevance / Hearsay |
| 85:13 – 25 | Relevance |
| 88:22 – 89:4 | Relevance |
| 125:19 – 126:1 | Relevance / Lack of Personal Knowledge |
| 129:18 – 22 | |
| 131:19 – 132:6 | As to 131:19 – 22, Relevance |
| 200:16 – 201:7 | |
| 244:7 – 19 | Foundation / Speculation |
| 249:18 – 250:8 | Relevance |
| 251:16 – 19 | |
| 269:23 – 270:21 | Relevance |
| 286:22 – 25 | Relevance / 403 Prejudice / Legal Conclusion / Lack of Personal Knowledge |
| 287:8 – 18 | As to 287:17 – 18, Relevance / 403 Prejudice / Legal Conclusion / Lack of Personal Knowledge |

**7. Scott Loughran**

| **Sussman's Counter-Designation** | **Objection** |
|---|---|
| 18:6 – 12 | |
| 19:22 – 20:3 | |
| 26:25 – 27:13 | |
| 27:22 – 24 | |
| 33:19 – 23 | Relevance |
| 35:16 – 25 | Relevance |
| 37:10 – 17 | Relevance |
| 45:4 – 9 | |
| 64:17 – 22 | Relevance |
| 96:5 – 13 | Relevance |
| 97:20 – 98:9 | Relevance |
| 99:8 – 100:3 | Relevance / Lack of Personal Knowledge |
| 182:5 – 20 Lanham Act (advertising no involvement of Sussman) | |
| 182:21 – 23 | |

8. **Nicole Tarasenko**

| **Sussman's Counter-Designation** | **Objection** |
|---|---|
| 25:25 – 26:2 | Relevance |
| 36:14 – 17 | |

9. **Mitchell Sussman**

| **Sussman's Counter-Designation** | **Objection** |
|---|---|
| 10:25 – 11:5 | |
| 13:1 (from "other than . . .") – 13:3 | Relevance |
| 32:1 - 12 | Relevance |
| 56:19 – 62:3 | Relevance |
| 108:25 – 109:18 | Relevance |
| 175:5 – 176:4 | Relevance |