UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, SHELL VACATIONS, LLC, SVC-WEST, LLC, SVC-AMERICANA, LLC, AND SVC-HAWAII, LLC,

CASE NO. 6:18-cv-2171-Orl-31TBS

Plaintiffs,

vs.

REED HEIN & ASSOCIATES, LLC, BRANDON REED, TREVOR HEIN, THOMAS PARENTEAU, HAPPY HOUR MEDIA GROUP, LLC, MITCHELL R. SUSSMAN, KEN B. PRIVETT AND SCHROETER GOLDMARK & BENDER, P.S.,

Defendants.

______________________________ /

**PLAINTIFFS' PROPOSED VERDICT FORM**

Exhibit 9

# **VERDICT**

1. Please answer the below:

| | Owner | (A) Did Mitchell Sussman conspire with TET to tortiously interference with Wyndham's contract? | (B) Did Mitchell Sussman engage in deceptive or unfair trade practices with Wyndham's contract? |
|---|---|---|---|
| 1 | [*Insert Wyndham Owner Name Here*.] | ____ YES<br>____ NO | ____ YES<br>____ NO |
| 2 | | ____ YES<br>____ NO | ____ YES<br>____ NO |
| 3 | | ____ YES<br>____ NO | ____ YES<br>____ NO |
| 4 | | ____ YES<br>____ NO | ____ YES<br>____ NO |
| 5 | | ____ YES<br>____ NO | ____ YES<br>____ NO |

If you answered "NO" to both 1(a) and 1(b), do not complete the following sections. Proceed to the end of the form, sign and date this Verdict Form, and inform the Court Security Officer that you have reached a verdict.

If you answered "YES" to either 1(a) or 1(b), please answer the following question.

2. If you answered "YES" to either Question 1(a) or 1(b), for each of the Wyndham owners listed below, please answer these questions:

| | **Owner** | **What damages did Wyndham suffer?** |
|---|---|---|
| 1 | [*Insert Wyndham Owner Name Here*.] | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

3. If you answered "YES" to either Question 1(a) or 1(b), please answer this question:

Under the circumstances of this case, state whether you find by clear and convincing evidence that punitive damages are warranted against Mitchell Sussman:

________ YES ________ NO

Sign and date this Verdict form and inform the Court Security Officer that you have reached a verdict.

SO SAY WE ALL.

DATE: ______________________

Foreperson's Signature

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, SHELL VACATIONS, LLC, SVC-WEST, LLC, SVC-AMERICANA, LLC, AND SVC-HAWAII, LLC,

CASE NO. 6:18-cv-2171-Orl-31TBS

Plaintiffs,

vs.

REED HEIN & ASSOCIATES, LLC, BRANDON REED, TREVOR HEIN, THOMAS PARENTEAU, HAPPY HOUR MEDIA GROUP, LLC, MITCHELL R. SUSSMAN, KEN B. PRIVETT AND SCHROETER GOLDMARK & BENDER, P.S.,

Defendants.

______________________________/

DEFENDANT’S PROPOSED VERDICT FORM

# VERDICT

1. Please answer the below:

| | Owner | (A) Did Mitchell Sussman conspire with TET to tortiously interference with Wyndham's contract? | (B) Did Mitchell Sussman engage in deceptive or unfair trade practices with Wyndham's contract? |
|---|---|---|---|
| 1 | [*Insert Wyndham Owner Name Here*.] | ____ YES<br>____ NO | ____ YES<br>____ NO |
| 2 | | ____ YES<br>____ NO | ____ YES<br>____ NO |
| 3 | | ____ YES<br>____ NO | ____ YES<br>____ NO |
| 4 | | ____ YES<br>____ NO | ____ YES<br>____ NO |
| 5 | | ____ YES<br>____ NO | ____ YES<br>____ NO |

If you answered "NO" to both 1(a) and 1(b), do not complete the following sections. Proceed to the end of the form, sign and date this Verdict Form, and inform the Court Security Officer that you have reached a verdict.

If you answered "YES" to either 1(a) or 1(b), please answer the following question.

2. Do you find that Wyndham waived its right to pursue this action against Mr. Sussman?

_______________ YES _______________ NO

If you answered "YES" to Question 2, do not complete the following sections. Proceed to the end of the form, sign and date this Verdict Form, and inform the Court Security Officer that you have reached a verdict.

3. Do you find that Wyndham is estopped from pursuing this action against Mr. Sussman?

_______________ YES _______________ NO

If you answered "YES" to Question 4, do not complete the following sections. Proceed to the end of the form, sign and date this Verdict Form, and inform the Court Security Officer that you have reached a verdict.

4. Do you find that TET acted as the timeshare owners' agent?

_______________ YES _______________ NO

If you answered "YES" to Question 6, do not complete the following sections. Proceed to the end of the form, sign and date this Verdict Form, and inform the Court Security Officer that you have reached a verdict.

5. Do you find that Mitchell Sussman acted as TET's agent?

_______________ YES _______________ NO

If you answered "YES" to Question 8, do not complete the following sections. Proceed to the end of the form, sign and date this Verdict Form, and inform the Court Security Officer that you have reached a verdict.

6. If you answered “YES” to either Question 1(a) or 1(b), and answered “NO” to Questions 2, 3, 4 and 5 for each of the Wyndham owners listed below, please answer these questions:

| | Owner | What damages did Wyndham suffer? |
|---|---|---|
| 1 | [*Insert Wyndham Owner Name Here*.] | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

7. If you answered “YES” to either Question 1(a) or 1(b), answered “NO” to Questions 2, 3, 4 and 5, and awarded damages in Question 6, please answer this question:

   Under the circumstances of this case, state whether you find by clear and convincing evidence that punitive damages are warranted against Mitchell Sussman:

   _______________ YES _______________ NO

Sign and date this Verdict form and inform the Court Security Officer that you have reached a verdict.

SO SAY WE ALL.

DATE: ___________________

Foreperson's Signature ___________________