UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, SHELL VACATIONS, LLC, SVC-WEST, LLC, SVC-AMERICANA, LLC, AND SVC-HAWAII, LLC,

Plaintiffs,

CASE NO. 6:18-cv-2171-Orl-31TBS

vs.

REED HEIN & ASSOCIATES, LLC, BRANDON REED, TREVOR HEIN, THOMAS PARENTEAU, HAPPY HOUR MEDIA GROUP, LLC, MITCHELL R. SUSSMAN, KEN B. PRIVETT AND SCHROETER GOLDMARK & BENDER, P.S.,

Defendants.
_________________________________/

**JOINT PROPOSED VOIR DIRE QUESTIONS**

1. How long have you lived in Florida?

   Do you rent or own?

2. What is your employment status?

3. a) What is your current/most recent job?

   b) What is your current/most recent employer?

   c) How long have you been employed there?

Exhibit 10

4. Please indicate the highest level of education you have completed:

   If post high school, what was your area of study/major?

5. What is your current marital status?

6. What is your spouse/partner's current or most recent employment?

7. What are/were your parents' occupations?

8. Do you have children or stepchildren?

   What are their ages?

   Do they live with you, and, if so, how many live with you?

9. Have you ever had any prior jury service?

   If yes, was that service Civil or Criminal?

   How many times have you served?

   What did the case(s) involve?

10. Have you ever been a party to a lawsuit, in other words, have you ever sued someone or a business, or have you ever been sued?
    a. If so, what type of lawsuit?
    b. Were you the plaintiff or the defendant?
    c. How was the lawsuit resolved (for example, did it go to trial, did it settle, etc.)?
    d. Were you satisfied/dissatisfied with the resolution? Why?

11. Have any of your family members ever sued someone or a business or been sued?

12. Are you or anyone in your immediate family a current or former timeshare owner?
    a. What resort?
    b. How long have you owned it?
    c. Do you still own the timeshare?
    d. Are you satisfied with your timeshare?
    e. Why or why not?
    f. How often do you use your timeshare?

13. If you have never owned a timeshare, do you have any positive or negative feelings about timeshare ownership in general?
    a. If yes, what are those feelings?

14. Are you or anyone in your immediate family currently or formerly employed by Wyndham Vacation Ownership, Inc. or any other timeshare company?

15. Are you or anyone in your immediate family employed by the Timeshare Exit Team or any other timeshare exit company?

16. Do you know Mitchell Reed Sussman?

17. Have you ever heard of Mitchell Reed Sussman?
    a. What have you heard?
    b. Do you have any positive or negative feelings about Mitchell Reed Sussman?

18. Have you heard of Brandon Reed, Trevor Hein, Thomas Parenteau, or are you familiar with their company, Reed Hein & Association, LLC d/b/a Timeshare Exit Team?

19. Have you ever heard of Timeshare Exit Team?
    a. What have you heard?
    b. Do you have any positive or negative feelings about the Timeshare Exit Team?

20. Have you heard of Shutts & Bowen, LLP?
    a. What have you heard?
    b. Do you have any positive or negative feelings about Shutts & Bowen, LLP?

21. Have you ever heard of Wicker Smith O'Hara McCoy & Ford, P.A.?
    a. What have you heard?
    b. Do you have any positive or negative feelings about Wicker Smith O'Hara McCoy & Ford, P.A.?

22. Have you heard of Nardella & Nardella, PLLC?

a. What have you heard?
b. Do you have any positive or negative feelings about Nardella & Nardella, PLLC?

23. Has anyone ever hired a timeshare exit company or timeshare exit attorney?
    a. Why did you hire the timeshare exit company/attorney?
    b. Were you satisfied with the services provided by the company/attorney?
    c. Why or why not?

24. Does anybody have any negative views/opinions of timeshare exit companies/timeshare exit attorneys? Please describe.

25. Are you or anyone in your immediate family a lawyer?
    a. If so, what is their area of practice?

26. Have you ever hired a lawyer?
    a. Why did you decide to hire the lawyer?
    b. Were you satisfied with the assistance they provided?
    c. Why or why not?

27. Do you have any negative feelings about lawyers?